

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

<u>**Confidential**</u>

February 12, 2018

Cecily M. Parker
1126 Clifton Rd. NE
Atlanta, GA 30307

RE: USMLE Step 1                                    USMLE ID#: 5-404-582-8

Dear Ms. Parker:

We have thoroughly reviewed the documentation provided in support of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request in accordance with the guidelines set forth in the amended Americans with Disabilities Act (ADA).

For Step 1, you have requested 100% additional test time, 100% additional break time, and *"testing in a Distraction Reduced Setting"* on the basis of Attention-Deficit/Hyperactive Disorder – *"Inattentive"* (ADHD), diagnosed in 2010; *"AD/HD – Combined"* and Generalized Anxiety Disorder (GAD) diagnosed in 2011; and Other Specified Anxiety Disorder, Specific Learning Disability – Impairment in reading, and Unspecified Neurodevelopmental Disorder diagnosed in 2017. In your personal statement, you write, *"Together the impact of these conditions causes functional limitations in the domains of processing speed, functional working memory, reading rate, word fluency, reading comprehension, executive functions, and concertation/attention."* You also describe the impact of *"affective factors"* and *"heightened anxiety in the high stakes testing situation,"* and that additional breaks and a *"private room for testing"* help you to manage feelings of anxiety during exams. You state that with accommodations of double time and an individual testing room in medical school, you have *"consistently been able to perform with above passing grades on the first attempt for all tests."*

The purpose of testing accommodations is to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA, not to optimize test performance or ensure a passing score. A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does prior receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. The ADA defines disability as a physical or mental impairment that substantially limits one or more major life activities as compared to most people in the general population. Accommodations are provided when there is clear documentation of functional impairment and a rationale to demonstrate that the requested accommodation is appropriate to the setting and circumstance.

Despite the diagnostic conclusions of your evaluating/treating professionals and your self-reported difficulties, the objective data and information presented in the submitted documentation does not

demonstrate a substantial limitation in a major life activity relative to most people or that standard test timing is a barrier to your access to the USMLE. While we are unable to grant your request for accommodations under the ADA, based on the information included with your request, we will provide the following arrangements as a courtesy during the administration of the USMLE Step 1 for which you are currently registered:

- **Additional break time/standard test time:** The exam will be administered over one day. The day will be 8 hours 45 minutes in length and will include a 15 minute tutorial and 7 test blocks with approximately 40 questions per block. You will have up to 60 minutes to complete each block. You will receive 90 minutes of break time, including lunch. You may use break time as needed between blocks. If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

- **Separate testing room**

Within several business days, your registration entity will issue you an electronic scheduling permit containing the information needed to schedule your examination appointment. Please call Prometric at the number listed on your scheduling permit as soon as you receive it to schedule your appointment.

These arrangements may not be changed at the test center on your scheduled exam day. If you choose not to use these arrangements, please notify Disability Services immediately at disabilityservices@nbme.org or by calling 215-590-9700 for instructions on re-registering for your exam.

Sincerely,

Michelle M. Goldberg, Ph.D.
Manager, Disability Services



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

<u>**Confidential**</u>

August 17, 2018

<u>Via Electronic Mail to cparke8@emory.edu</u>
Cecily M. Parker
1126 Clifton Rd NE
Atlanta, GA 30307

RE: USMLE Step 1                    USMLE ID#: 5-404-582-8

Dear Ms. Parker:

We have thoroughly reviewed your request for reconsideration of our decision regarding test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. We conducted an individualized review of your request and supporting documentation in accordance with the guidelines set forth in the Americans with Disabilities Act (ADA).

The NBME carefully considers all evidence in determining whether an individual is substantially limited within the meaning of the ADA and what, if any, accommodations are appropriate to the particular Step exam context. Submitted documentation including the individual's personal statements; letters from evaluators and advocates; and objective information such as school records and scores obtained on high stakes tests taken with and without accommodations are thoroughly reviewed.

Supporting documentation submitted from qualified professionals is a necessary part of any request for accommodations and is carefully reviewed by the NBME. Though not required to defer to the conclusions or recommendations of an applicant's supporting professional, we carefully consider the recommendation of qualified professionals made in accordance with generally accepted diagnostic criteria and supported by reasonable documentation.

You and your evaluator report that you are limited in processing speed, working memory, reading rate, word fluency, reading comprehension, executive functioning, and concentration/attention. Dr. Muskat is selective in the scores she cites, including scores that are based on comparisons to groups other than the general population (e.g., college seniors); from artificial tasks (of e.g., processing speed) with negligible relevance to Step 1 of the USMLE; in the average range; and inconsistent in the context of much higher performances on real-world tasks. For example, on the *Nelson-Denny Reading Test (NDRT)* taken under standard time, your reading comprehension scale score is Average range, better than 33 percent of a national sample of college seniors. Your Reading Comprehension scale score of 225 is Above Average range compared to the pooled standardization sample where the mean is 200 and the standard deviation is 25.

Past standardized exam performance is very relevant in determining whether an individual's academic skills are substantially limited relative to those of other people. All of your scores on the SAT, ACT, and MCAT, including those on reading intensive sections, were in the average range or above. Your history of unimpaired performances on timed standardized tests taken without accommodations is strong evidence against a need for accommodations to access tests, compared to most people in the general population.

Accommodations are intended to provide access to the USMLE testing program for individuals with a documented disability as defined by the ADA. The documentation you have provided to date does not demonstrate that standard testing time is a barrier to your access to the USMLE.

The supplemental documentation provided in support of your request for reconsideration offered no new substantive information or evidence that alters our decision communicated in our February 12, 2018 letter at which time you were granted additional break time and a separate testing room as a courtesy for your upcoming Step 1 examination.

Sincerely,

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs

C: Charles Weiner, Esq. via e-mail to charles@charlesweinerlaw.com