**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CECILY PARKER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF<br>MEDICAL EXAMINERS,<br><br>Defendant. | Civil Action File No.<br><br>1:19-cv-04657-AT |

### PLAINTIFF'S MOTION TO FILE EXHIBIT UNDER SEAL

Plaintiff Cecily Parker ("Plaintiff") moves to file Doc. 4-1 under seal, showing this Court as follows:

1.    On Thursday, October 17, 2019, Plaintiff filed a Complaint for Emergency Injunctive Relief.

2.    On Tuesday, October 22, 2019, Plaintiff filed a Motion for Preliminary Injunction.

3.    In compliance with the Court's Local Rule § II(J) of Appendix H and the Court's Standing Order § F(ii), Plaintiff now files this Motion, with a Proposed Order attached, requesting to file Plaintiff's Doc. 4-1, which is an exhibit to Motion for Preliminary Judgment (Doc. 3) under seal.

4.    Doc. 4-1 has been filed provisionally under seal and is labeled "CONFIDENTIAL."

5.    The document Plaintiff seeks to file under seal is her appeal submitted to the National Board of Medical Examiners, seeking to overturn its initial decision to deny the testing accommodations she seeks in this action.

6.    The vast majority of the documents contained in Doc. 4-1 are either medical testing assessments or records from educational institutions, including her secondary school (high school).

7.    The record also consists of correspondence specifically referring to her medical conditions and assessments.

8.    The number of references to personal medical information make redactions impractical.

9.    Plaintiff is mindful that her medical conditions are central to her claims and that should the Court rely upon this information in future rulings, the parties may address the continued propriety of any order sealing these records.

10.    However, until any substantive rulings are rendered, Plaintiff requests that her appeal to the NBME, Doc. 4-1, be sealed.

11.    An unredacted copy of this exhibit is to be served on Defendant with this motion.

-3-

WHEREFORE, Plaintiff respectfully requests an order granting the filing of

the Exhibit Under Seal.

<table>
<tr><td></td><td><em>/s/ Andrew Y. Coffman</em></td></tr>
<tr><td></td><td>J. Matthew Maguire, Jr.</td></tr>
<tr><td></td><td>Georgia Bar No.</td></tr>
<tr><td><strong>PARKS, CHESIN & WALBERT, P.C.</strong></td><td>mmaguire@pcwlawfirm.com</td></tr>
<tr><td>75 14th Street, 26th Floor</td><td>Andrew Y. Coffman</td></tr>
<tr><td>Atlanta, Georgia 30309</td><td>Georgia Bar No. 173115</td></tr>
<tr><td>Telephone: 404-873-8000</td><td>acoffman@pcwlawfirm.com</td></tr>
<tr><td>Facsimile:  404-873-8050</td><td></td></tr>
</table>

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 22, 2019, I electronically filed the foregoing

**PLAINTIFF'S MOTION TO FILE EXHIBIT UNDER SEAL** with the Clerk of

Court using the CM/ECF  system which will automatically send e-mail notification

to such filing to all counsel of record.

I also certify that this document was prepared with Times New Roman 14-

point font pursuant to Northern District of Georgia Local Rules 7.1 and 5.1C.

*/s/ Andrew Y. Coffman*
Andrew Y. Coffman
Georgia Bar No. 173115
acoffman@pcwlawfirm.com
