# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CECILY PARKER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Civil Action File No.<br><br>1:19-cv-04657-AT<br><br>**JURY TRIAL DEMANDED** |

## ORDER

After reviewing Plaintiff's Motion to File Exhibit Under Seal in connection with Plaintiff's Motion for Preliminary Injunction, Plaintiff's Motion is GRANTED. The Court hereby orders Doc. 4-1 to be filed under Seal.

So ORDERED this _____ day of _____, 2019.

_____
Hon. Amy Totenberg
United States District Court Judge
Northern District of Georgia