IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CECILY PARKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF | : | CIVIL ACTION NO. |
| MEDICAL EXAMINERS, | : | 1:19-cv-04657-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction [Doc. 4] and Motion for Leave to File Matters Under Seal [Doc. 5]. Upon review of the motions, it is

**ORDERED** that the Motion for Leave to File Matters Under Seal [Doc. 5] is **GRANTED** and Doc. 4-1 is to be filed under seal. This Order does not control the use of the contents of Doc. 4-1 at any hearing or trial and is without prejudice to Defendant to seek modification of this Order.

It is **FURTHER ORDERED** that Plaintiff is **DIRECTED** to serve the Summons, Complaint, and Motion for Preliminary Injunction [Doc. 4] (with all exhibits, including Doc. 4-1) upon Defendant by the most expeditious means reasonably practicable, and file a certificate of such service, **NO LATER THAN** Monday, October 28, 2019. Plaintiff is **FURTHER DIRECTED** to arrange for

personal service of Defendant under Federal Rule of Civil Procedure 4 (which may include securing a waiver of such service pursuant to Rule 4(d)) by **NO LATER THAN** Monday, November 4, 2019.

**IT IS SO ORDERED** this 23rd day of October, 2019.

_____
**Amy Totenberg**
**United States District Judge**