# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### NDGA - Atlanta Division District of Georgia

Case Number: 1:19-CV-4657

Plaintiff:
**Cecily Parker**
vs.
Defendant:
**National Board of Medical Examiners**

For: J Matthew Maguire Jr
Parks Chesin & Walbert PC

Received by Ancillary Legal Corporation on the 22nd day of October, 2019 at 10:58 am to be served on **NATIONAL BOARD OF MEDICAL EXAMINERS c/o CT CORPORATION SYSTEM, 1025 VERMONT AVENUE, N.W., WASHINGTON, DC 20005**. I, Mark A. Russell, Jr., being duly sworn, depose and say that on the 22nd day of October, 2019 at 12:50 p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Emergency Injunctive Relief,** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Matthew Martyr as Designated Agent.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age 35 SEX (M) F Race White Height 6'4" Weight 280 Hair Brown Glasses Y (N)

COMMENTS: _____

## AFFIDAVIT OF SERVICE For 1:19-CV-4657

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 23rd day of October, 2019 by the affiant who is personally known to me.

_Angela H. Croson_
NOTARY PUBLIC

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: 2019005022

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e