# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NDGA - Atlanta Division District of Georgia

Case Number: 1:19-CV-4657

Plaintiff:
**Cecily Parker**

vs.

Defendant:
**National Board of Medical Examiners**

For:
J Matthew Maguire Jr
Parks Chesin & Walbert PC
75 14th Street
26th Floor
Atlanta, GA 30309

Received by Ancillary Legal Corporation on the 22nd day of October, 2019 at 10:58 am to be served on **NATIONAL BOARD OF MEDICAL EXAMINERS c/o CT CORPORATION SYSTEM, 1025 VERMONT AVENUE, N.W., WASHINGTON, DC 20005**.

I, Mark A. Russell, Jr., being duly sworn, depose and say that on the **23rd day of October, 2019** at **2:35 pm, I:**

served **NATIONAL BOARD OF MEDICAL EXAMINERS c/o CT CORPORATION SYSTEM** by delivering a true copy of the **Plaintiff's Motion for Preliminary Injunction, Plaintiff's Notice of Filing Exhibit Provisionally Under Seal with Exhibit Doc. 4-1, Plaintiff's Motion to File Exhibit Under Seal** to: CT Corporation System as **Registered Agent, BY LEAVING THE SAME WITH** Chris Brown, as **Designated Agent** at the address of: **1025 VERMONT AVENUE, N.W., WASHINGTON, DC 20005** .

**Additional Information pertaining to this Service:**
10/23/2019  2:35 pm  Service made on the National Board of Medical Examiners by serving CT Corporation System at 1025 Vermont Avenue, N.W., Washington, D.C. 20005.

Service accepted by Chris Brown, designated agent to accept for CT Corporation System.

35 years old
male
white
5'10"
150 pounds
brown hair
no glasses

## AFFIDAVIT OF SERVICE For 1:19-CV-4657

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 24 day of October, 2019 by the affiant who is personally known to me.

_Angela H. Croson_
NOTARY PUBLIC

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: 2019005045

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e