# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CECILY PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF<br>MEDICAL EXAMINERS,<br><br>    Defendant. | Civil Action File No.<br>1:19-cv-04657-AT |

## CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, National Board of Medical Examiners, and respectfully requests that the Court extend the deadline to respond to Plaintiff's Complaint to November 26, 2019, and Plaintiff's Motion for Preliminary Injunction to December 9, 2019. In support of this motion, Defendant states:

1. There is good cause to grant the extension. Defense counsel was recently retained and needs additional time to research the facts and confer with their client.

2. This motion is not being made for the purpose of delay. An extension will allow Defendant to adequately address all arguments raised in the Complaint and Motion for Preliminary Injunction.

3. Defense counsel has conferred with Plaintiff's counsel and is authorized to state that Plaintiff's counsel consents to the requested time extension.

4. Plaintiff will not suffer prejudice by the short extension of time, as reflected by Plaintiff's consent.

For the reasons set forth above, Defendant respectfully requests that the Court extend the deadline for Defendant to respond to Plaintiff's Complaint to November 26, 2019, and for Defendant to respond to Plaintiff's Motion for Preliminary Injunction to December 9, 2019. A proposed order is attached hereto for the Court's convenience.

Respectfully submitted this 14th day of November, 2019.

*s/ Emily E. Schifter*
Ashley Z. Hager
Georgia Bar No. 784505
Emily E. Schifter
Georgia Bar No. 767888

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone: 404.885.3741
Facsimile:  404.885.3900
ashley.hager@troutman.com
emily.schifter@troutman.com

- 3 -

        Robert A. Burgoyne
        PERKINS COIE LLP
        District of Columbia Bar No. 366757
        *Pro Hac Vice Motion To Be Filed*

        700 13th Street, NW, Suite 600
        Washington, DC 20005-3960
        Telephone: 202.654.1744
        Facsimile:  404.885.3900
        rburgoyne@perkinscoie.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** with the Clerk of Court by using the CM/ECF system which will transmit a notice of electronic filing to Plaintiff's attorneys of record, Andrew Yancey Coffman and Joseph Matthew Maguire, Jr. I further certify that this document was prepared with Times New Roman 14-point font pursuant to Northern District of Georgia Local Rules 7.1 and 5.1C.

This 14th day of November, 2019.

*s/ Emily E. Schifter*
Georgia Bar No. 767888
Counsel for Defendant