# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CECILY PARKER,** | ) |
| Plaintiff, | ) |
| v. | ) **Civil Action File No.**<br>**1:19-cv-04657-AT** |
| **NATIONAL BOARD OF**<br>**MEDICAL EXAMINERS,** | ) |
| Defendant. | ) |

## PROPOSED ORDER

This matter is before the Court on Defendant's motion to extend the time to respond to Plaintiff's Complaint and Motion for Preliminary Injunction. Plaintiff consents to the motion. For good cause shown, the motion is **GRANTED**. Defendant shall have through November 26, 2019, to respond to the Complaint and until December 9, 2019, to respond to Plaintiff's Motion for Preliminary Injunction. **SO ORDERED**, this __ day of November, 2019.

_____

AMY TOTENBERG, JUDGE
United States District Court