**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CECILY PARKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action File No.** |
| | ) **1:19-cv-04657-AT** |
| | ) |
| **NATIONAL BOARD OF** | ) |
| **MEDICAL EXAMINERS,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant National Board of Medical Examiners hereby notifies the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

For Plaintiff:  Cecily Parker

For Defendant:  Defendant has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

(2)     The undersigned further certifies that the following person, association, firm, partnership, or corporation has either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

The law firm representing Plaintiff in this action, Parks Chesin & Walbert, may have a financial interest in the outcome of this case.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Andrew Yancey Coffman, Counsel for Plaintiff

Joseph Matthew Maguire, Jr., Counsel for Plaintiff

Ashley Z. Hager, Counsel for Defendant

Emily E. Schifter, Counsel for Defendant

Robert A. Burgoyne, Counsel for Defendant *(Pro Hac Vice Motion to be Filed)*

Respectfully submitted this 14th day of November, 2019.

*s/ Emily E. Schifter*
Ashley Z. Hager
Georgia Bar No. 784505
Emily E. Schifter
Georgia Bar No. 767888

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone: 404.885.3741
Facsimile:  404.885.3900
ashley.hager@troutman.com
emily.schifter@troutman.com


Robert A. Burgoyne
PERKINS COIE LLP
District of Columbia Bar No. 366757
*Pro Hac Vice Motion To Be Filed*

700 13th Street, NW, Suite 600
Washington, DC 20005-3960
Telephone: 202.654.1744
Facsimile:  202.654.6211
rburgoyne@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court by using the CM/ECF system which will transmit a notice of electronic filing to Plaintiff's attorneys of record, Andrew Yancey Coffman and Joseph Matthew Maguire, Jr. I further certify that this document was prepared with Times New Roman 14-point font pursuant to Northern District of Georgia Local Rules 7.1 and 5.1C.

This 14th day of November, 2019.

*s/ Emily E. Schifter*
Georgia Bar No. 767888
Counsel for Defendant