# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CECILY PARKER,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS,**<br><br>Defendant. | **Civil Action File No. 1:19-cv-04657-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 14th day of November, 2019.

*s/ Emily E. Schifter*
Ashley Z. Hager
Georgia Bar No. 784505
Emily E. Schifter
Georgia Bar No. 767888

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone: 404.885.3741

- 2 -

        Facsimile:  404.885.3900
        ashley.hager@troutman.com
        emily.schifter@troutman.com


        Robert A. Burgoyne
        PERKINS COIE LLP
        District of Columbia Bar No. 366757
        *Pro Hac Vice Motion To Be Filed*

        700 13th Street, NW, Suite 600
        Washington, DC 20005-3960
        Telephone: 202.654.1744
        Facsimile:  202.654.6211
        rburgoyne@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of Court by using the CM/ECF system which will transmit a notice of electronic filing to Plaintiff's attorneys of record, Andrew Yancey Coffman and Joseph Matthew Maguire, Jr. I further certify that this document was prepared with Times New Roman 14-point font pursuant to Northern District of Georgia Local Rules 7.1 and 5.1C.

This 14th day of November, 2019.

*s/ Emily E. Schifter*
Georgia Bar No. 767888
Counsel for Defendant