# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CECILY PARKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action File No. |
| v. | : | |
| | : | 1:19-cv-04657-AT |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding before the Honorable Amy Totenberg, and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted this 19th day of November 2019.

*/s/ J. Matthew Maguire, Jr.*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com

**Parks, Chesin & Walbert, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile:  404-873-8050

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that I electronically filed the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system.

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 19th day of November 2019.

*/s/ J. Matthew Maguire, Jr.*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com