# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CECILY PARKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action File No.** |
| v. ) | **1:19-cv-04657-AT** |
| ) | |
| **NATIONAL BOARD OF** ) | |
| **MEDICAL EXAMINERS,** ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

This matter is before the Court on Defendant's Motion to Continue Preliminary Injunction Hearing. For good cause shown, the motion is **GRANTED**. The evidentiary hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 4) shall be reset to _____, 2020. All other deadlines, including for Defendant's Response Brief, will remain unchanged.

**SO ORDERED**, this __ day of November, 2019.

_____

AMY TOTENBERG, JUDGE
United States District Court