IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CECILY PARKER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:19-cv-4657-AT |
| : | |
| NATIONAL BOARD OF MEDICAL : | |
| EXAMINERS, : | |
| : | |
| Defendant. : | |

## **ORDER**

On December 3, 2019, the parties advised the Court via e-mail that a settlement had been reached in this action.

As no matters remain pending before this court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE**[1] this action. The parties are directed to file a stipulation of dismissal by January 15, 2020. In the event that the settlement is not consummated by that time, the Parties may move to reopen this action.

---

[3]Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

It is so **ORDERED** this 3rd day of December, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**