# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CECILY PARKER, | : |
| Plaintiff, | : |
| v. | : Civil Action File No. |
| | : 1:19-cv-04657-AT |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Cecily Parker and Defendant National Board of Medical Examiners hereby dismiss this action with prejudice, with each party to bear its own costs and expenses, including attorneys' fees, unless otherwise agreed by the parties.

This the 30th day of December 2019.

*Signatures on the following page.*

| | |
|---|---|
| */s/ Andrew Y. Coffman* | */s/ Emily E. Schifter* |
| J. Matthew Maguire, Jr. | Ashley Z. Hager |
| Georgia Bar No. 372670 | Georgia Bar No. 784505 |
| mmaguire@pcwlawfirm.com | ashley.hager@troutman.com |
| Andrew Y. Coffman | Emily E. Schifter |
| Georgia Bar No. 173115 | Georgia Bar No. 767888 |
| acoffman@pclawfirm.com | emily.schifter@troutman.com |
| | |
| **PARKS, CHESIN & WALBERT, P.C.** | **TROUTMAN SANDERS LLP** |
| 75 14th Street, 26th Floor | Bank of America Plaza |
| Atlanta, GA 30309 | 600 Peachtree Street NE, Suite 3000 |
| Telephone: 404-873-8000 | Atlanta, GA 30308-2216 |
| Facsimile: 404-873-8050 | Telephone: 404-885-3741 |
| | Facsimile:  404-885-3900 |
| Counsel for Plaintiff | Counsel for Defendant |

2

## CERTIFICATE OF SERVICE AND

## COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system.

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

Respectfully submitted this 30th day of December 2019.

>/s/ Andrew Y. Coffman
>Andrew Y. Coffman
>Georgia Bar No. 173115
>acoffman@pclawfirm.com